**Exhibit A**



**NAILAH K. BYRD**
**CUYAHOGA COUNTY CLERK OF COURTS**
1200 Ontario Street
Cleveland, Ohio 44113

# Court of Common Pleas

**New Case Electronically Filed: COMPLAINT**
**June 22, 2026 13:57**

By: NOMIKI P. TSARNAS 0076134

Confirmation Nbr. 3891391

ANDREW HARRISON                    CV 26 141134

    vs.

TRANSAM TRUCKING, INC., ET AL      **Judge:**  NANCY MARGARET RUSSO

**Pages Filed:** 9

**Exhibit A**

IN THE COURT OF COMMON PLEAS
CUYAHOGA COUNTY, OHIO

| | |
|---|---|
| ANDREW R. HARRISON<br>25786 Crocker Road<br>Columbia Station, Ohio 44028<br><br>      Plaintiff<br><br>vs.<br><br>TRANSAM TRUCKING, INC.<br>15910 South 169 Highway<br>Olathe, Kansas 66062<br><br>And<br><br>JOHN DOE EMPLOYER OF KEENAN<br>BRYCE MCCLUNG #1 (whose actual<br>name could not be determined after<br>reasonable due diligence)<br>15910 South 169 Highway<br>Olathe, Kansas 66062<br><br>And<br><br>KEENAN BRYCE MCCLUNG<br>236 Antelope Drive<br>Cache, Oklahoma 73527<br><br>And<br><br>JOHN/JANE DOE DRIVER #2<br>(whose actual name could not be<br>determined after reasonable due diligence)<br>236 Antelope Drive<br>Cache, Oklahoma 73527<br><br>And<br><br>STATE OF OHIO DEPARTMENT OF<br>MEDICAID<br>c/o Attorney General Andy Wilson<br>30 East Broad St. 14th Floor<br>Columbus, Ohio 43215<br><br>      Defendants | CASE NO:<br><br>JUDGE:<br><br>**COMPLAINT**<br><br>Type:  Other Civil<br><br>**Jury Demand Endorsed Hereon** |

**Exhibit A**

Now comes Plaintiff, Andrew R. Harrison, by and through undersigned counsel, and for his Complaint against Defendants, states as follows:

## PRELIMINARY STATEMENT

This case arises from a commercial truck/motorcycle collision, which occurred on the morning of July 6, 2024, in the City of Cleveland, Cuyahoga County, Ohio. That morning, a commercial truck driver, Keenan Bryce McClung and/or John/Jane Doe Driver #2, employed by TransAm Trucking, Inc. and/or John Doe Employer #1,  was driving a 2023 Gray tractor trailer traveling northbound on Warren Road.  McClung then attempted a left-hand turn onto Triskett Road and struck the motorcycle operated by Harrison who was travelling southbound on Warren Road. As a direct and proximate result of McClung's negligent, reckless, willful and/or wanton actions, the truck owner's negligent entrustment, and the company's negligent and/or reckless hiring, training, supervision and retention, Andrew R. Harrison sustained significant and permanent physical and emotional injuries.

## PARTIES, JURISDICTION, AND VENUE

1.      Plaintiff, Andrew R. Harrison, currently resides at 25786 Crocker Road, Columbia Station, Ohio 44028.

2.      Defendants, TransAm Trucking, Inc., and/or John Doe Employer are business entities organized and existing under the laws of Oklahoma, and who conducted business in the State of Ohio.

3.      Defendant Keenan Bryce McClung, at all relevant times herein, resided at 7236 Antelope Drive, Cache, Oklahoma, and conducted business in the State of Ohio by

**Exhibit A**

operating a commercial motor vehicle in the course and scope of his employment and/or agency.

4. At the time of this crash, Defendant Keenan Bryce McClung was the operator of the 2023 tractor trailer and was engaged in the course and scope of employment or agency with Defendants TransAm Trucking, Inc. and/or John Doe Employer #1, and was acting as an agent on behalf of those Defendants and/or at their direction and control.

5. Upon information and belief, and at all relevant times herein it is believed that Defendants TransAm Trucking, Inc. and/or John Doe Employer #1 was/were the employer(s) and/or principal(s) of Defendant Keenan Bryce McClung and were responsible for his hiring, training, supervision and retention as an employee, agent, and/or contractor.

6. Defendants, TransAm Trucking, Inc. and/or John Doe Employer #1  were at all times responsible for the maintenance, repair, and servicing of the truck Keenan Bryce McClung was operating at the time of the subject crash.

**FIRST CAUSE OF ACTION**
*(Negligence)*

7. Plaintiff Andrew R. Harrison fully incorporates herein all of the above paragraphs and allegations as though fully rewritten herein.

8. On or about July 6, 2024, while traveling northbound on Warren Road, in the City of Cleveland, Cuyahoga County, Ohio, Defendant Keenan Bryce McClung, in the course and scope of his employment and/or agency with Defendants TransAm Trucking, Inc. and/or John Doe Employer #1, negligently operated his commercial motor vehicle resulting in a collision involving a motorcycle driven by Andrew R. Harrison.

**Exhibit A**

9. At the time of the July 6, 2024 collision, Defendant, Keenan Bryce McClung, owed a duty of care to the public, to other drivers and motorists, and to Plaintiff Andrew R. Harrison, to obey state and federal law and state and federal regulations with regard to the safe and lawful operation of a commercial motor vehicle.

10. Defendant Keenan Bryce McClung breached these and other duties of that he owed to Andrew R. Harrison, in that he negligently and unlawfully:

   a. Failed to operate his commercial motor vehicle in safe and careful manner;

   b. Failed to keep reasonable control of his commercial motor vehicle;

   c. Failed to yield the right of way while turning;

   d. Failed to operate his commercial motor vehicle at a safe speed;

   e. Failed to maintain a proper lookout;  and

   f. Operating a commercial motor vehicle on a "through trucks prohibited" or a "through vehicles…prohibited" road.

11. As a direct and proximate result of Defendant's, Keenan Bryce McClung, negligent and/or careless actions, Plaintiff, Andrew R. Harrison, suffered permanent, severe and disabling injuries to his body and mind which caused and will continue to cause into the future, physical, mental and emotional pain and suffering, and which required and will continue to require into the future medical treatment and past and future medical expenses.

12. As a direct and proximate result of Defendant's, Keenan Bryce McClung, negligent and/or careless actions, Plaintiff, Andrew R. Harrison, has lost and will continue to lose the ability to perform everyday activities and enjoy life.

**Exhibit A**

13. As a further result, the Plaintiff, Andrew R. Harrison, has incurred lost income and will suffer future loss of income and has incurred a loss of earning capacity.

14. As a further result, the Plaintiff, Andrew R. Harrison, has also suffered damage to his motorcycle and incurred property damage expenses including, but not limited to, diminution in value/depreciation, towing, storage and general property damages.

**SECOND CAUSE OF ACTION**
*(Negligence and/or Respondeat Superior of Defendants TransAm Trucking, Inc. and/or John Doe Employer #1)*

15. Plaintiff, Andrew R. Harrison, fully incorporates herein all of the above paragraphs and allegations as though fully rewritten herein.

16. Upon information and belief, and at all relevant times it is believed that Defendant Keenan Bryce McClung was working within the course and scope of his employment and/or agency with Defendants, TransAm Trucking, Inc. and/or John Doe Employer #1, and/or as an agent and/or contractor for Defendants, TransAm Trucking, Inc. and/or John Doe Employer #1.

17. At all relevant times Defendant Keenan Bryce McClung was the statutory and/or common law employee of Defendants, TransAm Trucking, Inc. and/or John Doe Employer #1, who were therefore responsible for his actions by virtue of their common law, statutory, and/or vicarious liability under a theory of *respondeat superior.*

18. As a result of Defendants' negligence described above Plaintiff, Andrew R. Harrison, suffered and will continue to suffer injuries and damages previously set forth in the First Cause of Action of this Complaint

**Exhibit A**

## THIRD CAUSE OF ACTION
### *(Negligent Hiring, Retention, & Supervision of Defendant Keenan Bryce McClung)*

19.     Plaintiff, Andrew R. Harrison, fully incorporates herein all of the above paragraphs and allegations as though fully rewritten herein.

20.     At all relevant times, Defendants, TransAm Trucking, Inc. and/or John Doe Employer #1 had a duty to act reasonably in hiring, instructing, training, supervision and retaining its drivers and other employees and agents, including Defendant Keenan Bryce McClung and to promulgate and enforce policies, procedures, and rules to ensure that its drivers and vehicles were reasonably safe.

21.     Defendants, TransAm Trucking, Inc. and/or John Doe Employer #1 failed in the above-mentioned duties and was/were therefore negligent.

22.     Defendants, TransAm Trucking, Inc. and/or John Doe Employer #1, negligence was a direct and proximate cause of Plaintiff's, Andrew R. Harrison, injuries and the damages described in the First Cause of Action of this Complaint.

## FOURTH CAUSE OF ACTION
### *(Negligent Entrustment)*

23.     Plaintiff, Andrew R. Harrison, fully incorporates herein all of the above paragraphs and allegations as though fully rewritten herein.

24.     At all relevant times Defendants, TransAm Trucking, Inc. and/or John Doe Employer #1 owned the motor vehicle operated by Defendant, Keenan Bryce McClung.

25.     Defendants, TransAm Trucking, Inc. and/or John Doe Employer #1 had a duty to exercise reasonable care in entrusting its vehicles and equipment to responsible, competent and qualified drivers.

**Exhibit A**

26.     Defendants, TransAm Trucking, Inc. and/or John Doe Employer #1, negligently entrusted the care, custody and control of their vehicle to Defendant Keenan Bryce McClung when they knew of shoulder have known of the probability Defendant Keenan Bryce McClung would negligently operate their vehicle.

27.     As a direct and proximate result of the Defendants' negligence described above, Plaintiff Andrew R. Harrison has suffered and will continue to suffer those injuries and damages previously set forth in the First Cause of Action in this Complaint.

## FIFTH CAUSE OF ACTION
### *(Negligent Maintenance)*

28.     Plaintiff, Andrew R. Harrison, fully incorporates herein all of the above paragraphs and allegations as though fully rewritten herein.

29.     At all relevant times herein Defendants, Keenan Bryce McClung, TransAm Trucking, Inc. and/or John Doe Employer #1, had a duty to exercise reasonable care in maintaining vehicles, they or their agents/employees/bailees used on public roadways.

30.     Further, Defendants Keenan Bryce McClung and/or TransAm Trucking, Inc. and/or John Doe Employer #1, had a duty to exercise reasonable care in providing a vehicle that was mechanically safe for use on public highways and loaded properly.

31.     Defendants Keenan Bryce McClung and/or TransAm Trucking, Inc. and/or John Doe Employer #1, were negligent in maintaining the vehicle and/or Defendants Keenan Bryce McClung and/or TransAm Trucking, Inc. and/or John Doe Employer #1, were negligent in providing a safe vehicle.

32.     As a result of the Defendants' negligence Plaintiff Andrew R. Harrison suffered injuries and damages as stated in the First Cause of Action in this Complaint.

**Exhibit A**

**SIXTH CAUSE OF ACTION**
(*Punitive Damages*)

33.    Plaintiff Andrew R. Harrison fully incorporates herein all of the above paragraphs and allegations as though fully rewritten herein.

34.    At all relative times, Defendant's, Keenan Bryce McClung, actions demonstrated a conscious disregard for the rights and safety of Plaintiff Andrew R. Harrison and the rest of the motoring public, and he acted with reckless, willful and/or wanton indifference to the consequences to others despite being aware of his own conduct and knowing there was a great probability of causing substantial harm. Accordingly, Plaintiff, Andrew R. Harrison, demands punitive damages against Defendant Keenan Bryce McClung.

**SEVENTH CAUSE OF ACTION**
(*Subrogation STATE OF OHIO DEPARTMENT OF MEDICAID*)

35.    Plaintiff, Andrew R. Harrison, fully incorporates herein all of the above paragraphs and allegations as though fully rewritten herein.

36.    The State of Ohio, Department of Medicaid, claims or may claim a statutory right of subrogation and/or reimbursement for medical expenses and other benefits which they have paid as a result of the negligent acts of the Defendants pursuant to Ohio Revised Code Sections 5160.37 and 5160.38.

37. The State of Ohio, Department of Medicaid is therefore joined in this matter so that they may appear and protect their interests which, pursuant to Ohio Revised Code Sections 5160.37 and 5160.38, the Plaintiff may not have standing to pursue in her own name.

38. The State of Ohio, Department of Medicaid case number, related to the injuries sustained by the Plaintiff, Andrew R. Harrison on July 6, 2024 is 1297237.

**Exhibit A**

WHEREFORE, Plaintiff, Andrew R. Harrison, demands judgment against each and all of the Defendants the following damages:

a. Compensatory damages in excess of seventy-five thousand dollars $75,000.00, for personal injuries and damages and personal property damages suffered in the crash of July 6, 2024;

b. Punitive damages against Defendants Keenan Bryce McClung,;

c. A determination as to the subrogation rights of the State of Ohio Department of Medicaid; and

d. Attorney's fees, costs, interests, and any other relief, which this Court deems, appropriate under the circumstances.

Respectfully submitted,

**KISLING, NESTICO & REDICK, LLC**

*/s/ Nomiki P. Tsarnas*
_____
Nomiki P. Tsarnas #0076134
Joshua R. Angelotta #0078808
Attorneys for Plaintiff
22 E. McKinley Way, Suite A
Poland, OH 44514
Phone: 330-729-1090
Fax: 330-869-9008
*tsarnas@knrlegal.com*
*jangelotta@knrlegal.com*

## JURY DEMAND

Plaintiff demands a trial by jury on all issues so triable.

*/s/ Nomiki P. Tsarnas*
_____
Nomiki P. Tsarnas (#0076134)
Joshua R. Angelotta (#0078808)
Attorneys for Plaintiff

**Exhibit A**

Print

# CASE INFORMATION

## CV-26-141134 ANDREW HARRISON vs. TRANSAM TRUCKING, INC., ET AL

### Docket Information

| Filing Date | Docket Party | Docket Type | Docket Description | View Image |
|---|---|---|---|---|
| 07/22/2026 | N/A | JE | CMC BY PHONE SET FOR 08/13/2026 AT 01:15 PM THIS CASE IS SET FOR A PRETRIAL/CASE MANAGEMENT CONFERENCE. COUNSEL FOR PLAINTIFF(S) SHALL INFORM ALL OPPOSING COUNSEL AND/OR PRO SE PARTIES OF THIS DATE AND TIME. COUNSEL FOR ALL PARTIES ARE REQUIRED TO BE PRESENT AND TO BE FAMILIAR WITH THE UNDERLYING FACTS OF THE CASE. PARTIES NOT REPRESENTED BY COUNSEL ARE ALSO REQUIRED TO BE PRESENT. FAILURE OF ANY PARTY'S COUNSEL OR PRO SE PARTY TO APPEAR AT ANY SCHEDULED EVENT DURING THE PENDENCY OF THIS CASE MAY RESULT IN DISMISSAL WITHOUT PREJUDICE FOR FAILURE TO PROSECUTE AND/OR JUDGMENT BEING RENDERED. IF A CONTINUANCE IS SOUGHT FOR ANY REASON, THE APPROPRIATE MOTION MUST BE FILED NO LESS THAN 7 DAYS BEFORE THE SCHEDULED EVENT, AND THE COURT PROVIDED WITH A COURTESY COPY ON THE DATE OF FILING. DO NOT CALL THE COURT TO REQUEST A CONTINUANCE. NO CONSIDERATION WILL BE GIVEN TO REQUESTS NOT MADE IN WRITING, DOCKETED AND WITHIN THE TIMEFRAME ABOVE, ABSENT AN EMERGENCY. THE COURT REQUIRES A COURTESY COPY OF ALL PLEADINGS IN EXCESS OF 5 PAGES, TO BE MAILED OR HAND-DELIVERED TO THE COURT. E-FILING DOES NOT CONSTITUTE A COURTESY COPY. PLEADINGS OF 5 PAGES OR LESS THAT ARE E-FILED DO NOT NEED TO BE DELIVERED TO THE COURT. PARTIES WISHING TO PERFECT SERVICE BY SPECIAL PROCESS SERVER IN ANY GIVEN CASE MUST FIRST FILE A SEPARATE MOTION TO APPOINT A SPECIAL PROCESS SERVER DIRECTLY WITH JUDGE NANCY MARGARET RUSSO. FAILURE TO OBTAIN THE EXPRESS PERMISSION OF JUDGE NANCY MARGARET RUSSO BEFORE ATTEMPTING SERVICE BY SPECIAL PROCESS SERVER MAY RESULT IN THE COURT STRIKING SUCH SERVICE ATTEMPTS. MOTIONS TO APPOINT SPECIAL PROCESS SERVERS MUST HAVE A PROPOSED ORDER ATTACHED TO THE MOTION FOR THE COURT'S REVIEW AND SIGNATURE. (THE PROPOSED ORDER MAY ALSO BE SENT ADDITIONALLY AS A WORD DOCUMENT). THE CASE MANAGEMENT CONFERENCE WILL BE HELD BY PHONE UNLESS OTHERWISE DOCKETED. THE PARTIES ARE REQUIRED TO CALL THE CONFERENCE LINE AT THE SCHEDULED TIME. 1-978-990-5000 - ACCESS CODE 728961#. FAILURE TO COMPLY WITH ANY PORTION OF THE COURT'S STANDING ORDERS, INCLUDING THIS ORDER, MAY RESULT IN A DISMISSAL WITHOUT PREJUDICE, JUDGMENT OR OTHER SANCTIONS. PARTIES ARE TO ABIDE BY THE COURT'S STANDING ORDERS CONTAINED HEREIN AND LOCATED AT: HTTPS://CP.CUYAHOGACOUNTY.US/COURT-RESOURCES/JUDGES/JUDGE-NANCY-MARGARET-RUSSO NOTICE ISSUED | 📄 |
| 07/22/2026 | N/A | SR | USPS RECEIPT NO. 61097297 DELIVERED BY USPS 07/06/2026 STATE OF OHIO, DEPARTMENT OF MEDICAID PROCESSED BY COC 07/22/2026. | |
| 07/22/2026 | N/A | SR | USPS RECEIPT NO. 61097296 DELIVERED BY USPS 07/06/2026 DOE DRIVER #2/JOHN OR JANE/ PROCESSED BY COC 07/22/2026. | |
| 07/22/2026 | N/A | SR | USPS RECEIPT NO. 61097295 DELIVERED BY USPS 07/06/2026 MCCLUNG/KEENAN/BRYCE PROCESSED BY COC 07/22/2026. | |

**11**

| 07/22/2026 | N/A | SR | USPS RECEIPT NO. 61097294 DELIVERED BY USPS 07/03/2026 JOHN DOE EMPLOYER OF KEENAN B. MCCLUNG, #1 PROCESSED BY COC 07/22/2026. | |
| 07/22/2026 | N/A | SR | USPS RECEIPT NO. 61097293 DELIVERED BY USPS 07/03/2026 TRANSAM TRUCKING. INC. PROCESSED BY COC 07/22/2026. | |
| 06/30/2026 | D5 | SR | SUMS COMPLAINT(61097297) SENT BY CERTIFIED MAIL. TO: STATE OF OHIO, DEPARTMENT OF MEDICAID CO ATTORNEY GENERAL ANDY WILSON 30 EAST BROAD ST. 14TH FLOOR COLUMBUS, OH 43215 | 🗎 |
| 06/30/2026 | D4 | SR | SUMS COMPLAINT(61097296) SENT BY CERTIFIED MAIL. TO: JOHN OR JANE DOE DRIVER #2 236 ANTELOPE DRIVE CACHE, OK 73527 | 🗎 |
| 06/30/2026 | D3 | SR | SUMS COMPLAINT(61097295) SENT BY CERTIFIED MAIL. TO: KEENAN BRYCE MCCLUNG 236 ANTELOPE DRIVE CACHE, OK 73527 | 🗎 |
| 06/30/2026 | D2 | SR | SUMS COMPLAINT(61097294) SENT BY CERTIFIED MAIL. TO: JOHN DOE EMPLOYER OF KEENAN B. MCCLUNG, #1 15910 SOUTH 169 HIGHWAY OLATHE, KS 66062 | 🗎 |
| 06/30/2026 | D1 | SR | SUMS COMPLAINT(61097293) SENT BY CERTIFIED MAIL. TO: TRANSAM TRUCKING. INC. 15910 SOUTH 169 HIGHWAY OLATHE, KS 66062 | 🗎 |
| 06/29/2026 | N/A | SR | SUMMONS E-FILE COPY COST | |
| 06/29/2026 | N/A | SR | SUMMONS E-FILE COPY COST | |
| 06/29/2026 | N/A | SR | SUMMONS E-FILE COPY COST | |
| 06/29/2026 | N/A | SR | SUMMONS E-FILE COPY COST | |
| 06/29/2026 | D5 | CS | WRIT FEE | |
| 06/29/2026 | D4 | CS | WRIT FEE | |
| 06/29/2026 | D3 | CS | WRIT FEE | |
| 06/29/2026 | D2 | CS | WRIT FEE | |
| 06/29/2026 | N/A | SR | SUMMONS E-FILE COPY COST | |
| 06/29/2026 | D1 | CS | WRIT FEE | |
| 06/22/2026 | N/A | SF | JUDGE NANCY MARGARET RUSSO ASSIGNED (RANDOM) | |
| 06/22/2026 | P1 | SF | LEGAL RESEARCH | |
| 06/22/2026 | P1 | SF | LEGAL NEWS | |
| 06/22/2026 | P1 | SF | LEGAL AID | |
| 06/22/2026 | P1 | SF | COURT SPECIAL PROJECTS FUND | |
| 06/22/2026 | P1 | SF | COMPUTER FEE | |
| 06/22/2026 | P1 | SF | CLERK'S FEE | |
| 06/22/2026 | P1 | SF | DEPOSIT AMOUNT PAID NOMIKI P. TSARNAS | |
| 06/22/2026 | N/A | SF | CASE FILED: COMPLAINT, SERVICE REQUEST | 🗎 |

Only the official court records available from the Cuyahoga County Clerk of Courts, available in person, should be relied upon as accurate and current.
Website Questions or Comments.
Copyright © 2026 PROWARE. All Rights Reserved. 1.1.310